1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA   95814
4  (916) 554-2700
   (916) 554-2900 (Facsimile)

**FILED**

JUN 2 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 1 3 - CR - 0 2 2 7  TLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ENRIQUE VELARDES ZAZUETA,<br>  aka Julio Cesar Machado Lopez,<br>JESUS RAMON MACHADO LOPEZ,<br>FRANCISCO PARRA ARELLANEZ,<br>  aka Kiko, aka Chino,<br>MARIA D. ARELLANEZ RIOS,<br>  aka Dona Chuy,<br>JUAN ALAMILLA GUZMAN,<br>OMAR ADRIAN GONZALEZ NUNO,<br>  aka Centella,<br>VERENYS PARRA ARELLANEZ,<br>JOVANY ROMO ARELLANES,<br>  aka Mantequilla, and<br>YU NUNG CHEN<br><br>Defendants. | CASE NO.<br><br>VIOLATION: 21 U.S.C. §§ 846 & 841(a)(1) - Conspiracy to Distribute Methamphetamine and Heroin; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine (2 Counts); 21 U.S.C. § 841(a)(1) - Distribution of Heroin; 21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense (8 Counts); 21 U.S.C. § 853(a) - Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE:     [21 U.S.C. §§ 846 & 841(a)(1) - Conspiracy to
               Distribute Methamphetamine and Heroin]

      The Grand Jury charges:  T H A T

                     JOSE ENRIQUE VELARDES ZAZUETA,
                     aka Julio Cesar Machado Lopez,

1

JESUS RAMON MACHADO LOPEZ,
FRANCISCO PARRA ARELLANEZ,
aka Kiko,
aka Chino,
MARIA D. ARELLANEZ RIOS,
aka Dona Chuy,
JUAN ALAMILLA GUZMAN,
OMAR ADRIAN GONZALEZ NUNO,
aka Centella,
VERENYS PARRA ARELLANEZ,
JOVANY ROMO ARELLANES,
aka Mantequilla, and
YU NUNG CHEN,

defendants herein, beginning in or about October 2012, until in or about June 2013, in the State and Eastern District of California and elsewhere, did knowingly and intentionally conspire with each other and with persons both known and unknown to the Grand Jury to distribute at least 1 kilogram of heroin, a Schedule I controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

COUNT TWO:        [21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Heroin]

The Grand Jury further charges: | T H A T

JUAN ALAMILLA GUZMAN, and
OMAR ADRIAN GONZALEZ NUNO,
aka Centella,

defendants herein, on or about October 17, 2012, in the State and Eastern District of California and elsewhere, did knowingly and intentionally possess with the intent to distribute at least one kilogram of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1  COUNT THREE:    [21 U.S.C. § 841(a)(1) – Distribution of
                    Methamphetamine]
2

3          The Grand Jury further charges:  T H A T

4                      MARIA D. ARELLANEZ RIOS,
                           aka Dona Chuy,
5

6  defendant herein, on or about June 16, 2013, in the State and Eastern

7  District of California and elsewhere, did knowingly and intentionally

8  distribute at least 500 grams of a mixture and substance containing a

9  detectable amount of methamphetamine, a Schedule II controlled

10 substance, all in violation of Title 21, United States Code, Section

11 841(a)(1).

12

13 COUNT FOUR:    [21 U.S.C. § 841(a)(1) – Distribution of
                   Methamphetamine]
14

15         The Grand Jury further charges:  T H A T

16                     JUAN ALAMILLA GUZMAN,

17 defendant herein, on or about October 15, 2012, in the State and

18 Eastern District of California and elsewhere, did knowingly and

19 intentionally distribute at least 500 grams of a mixture and

20 substance containing a detectable amount of methamphetamine, a

21 Schedule II controlled substance, all in violation of Title 21,

22 United States Code, Section 841(a)(1).

23

24 COUNT FIVE:    [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

25         The Grand Jury further charges:  T H A T

26                     JOVANY ROMO ARELLANES,
                          aka Mantequilla,
27

28 defendant herein, on or about May 28, 2013, in the State and Eastern

                                    3

1  District of California and elsewhere, did knowingly and intentionally

2  distribute heroin, a Schedule I controlled substance, in violation of

3  Title 21, United States Code, Section 841(a)(1).

4

5  COUNT SIX:        [21 U.S.C. § 843(b) - Use of a Communication Facility
                     to Facilitate a Drug-Trafficking Offense]
6

7         The Grand Jury further charges:  T H A T

8                     JOSE ENRIQUE VELARDES ZAZUETA,
                        aka Julio Cesar Machado Lopez
9

10  defendant herein, on or about October 16, 2012, beginning at

11  approximately 4:15 p.m., in the State and Eastern District of

12  California and elsewhere, did knowingly and intentionally use a

13  communication facility, to wit a cellular telephone, to facilitate

14  the commission of the offense of Conspiracy to Distribute

15  Methamphetamine and Heroin in violation of Title 21, United States

16  Code, Sections 841(a)(1) and 846, as alleged in Count One of this

17  this Indictment, all in violation of Title 21, United States Code,

18  Section 843(b).

19

20  COUNT SEVEN:      [21 U.S.C. § 843(b) - Use of a Communication Facility
                      to Facilitate a Drug-Trafficking Offense]
21

22         The Grand Jury further charges:  T H A T

23                     JESUS RAMON MACHADO LOPEZ,

24  defendant herein, on or about October 15, 2012, beginning at

25  approximately 8:35 p.m., in the State and Eastern District of

26  California and elsewhere, did knowingly and intentionally use a

27  communication facility, to wit a cellular telephone, to facilitate

28  the commission of the offense of Conspiracy to Distribute

4

1   Methamphetamine and Heroin in violation of Title 21, United States

2   Code, Sections 841(a)(1) and 846, as alleged in Count One of this

3   Indictment, all in violation of Title 21, United States Code, Section

4   843(b).

5

6   <u>COUNT EIGHT</u>:   [21 U.S.C. § 843(b) – Use of a Communication Facility
                      to Facilitate a Drug-Trafficking Offense]

7

8       The Grand Jury further charges:   T H A T

9                     FRANCISCO PARRA ARELLANEZ,
                        aka Kiko, aka Chino,

10

11   defendant herein, on or about June 15, 2013, beginning at

12   approximately 2:18 p.m., in the State and Eastern District of

13   California and elsewhere, did knowingly and intentionally use a

14   communication facility, to wit a cellular telephone, to facilitate

15   the commission of the offense of Conspiracy to Distribute

16   Methamphetamine and Heroin in violation of Title 21, United States

17   Code, Sections 841(a)(1) and 846, as alleged in Count One of this

18   Indictment, all in violation of Title 21, United States Code, Section

19   843(b).

20

21   <u>COUNT NINE</u>:   [21 U.S.C. § 843(b) – Use of a Communication Facility
                    to Facilitate a Drug-Trafficking Offense]

22

23       The Grand Jury further charges:   T H A T

24                     MARIA D. ARELLANEZ RIOS,
                        aka Dona Chuy,

25

26   defendant herein, on or about March 6, 2013, beginning at

27   approximately 4:13 p.m., in the State and Eastern District of

28   California and elsewhere, did knowingly and intentionally use a

1  communication facility, to wit a cellular telephone, to facilitate
2  the commission of the offenses of Conspiracy to Distribute
3  Methamphetamine and Heroin in violation of Title 21, United States
4  Code, Sections 841(a)(1) and 846, as alleged in Count One of this
5  Indictment; and Distribution of Methamphetamine in violation of Title
6  21, United States Code Section 841(a)(1), as alleged in Count Three
7  of this Indictment, all in violation of Title 21, United States Code,
8  Section 843(b).

9

10  COUNT TEN:        [21 U.S.C. § 843(b) – Use of a Communication Facility
                     to Facilitate a Drug-Trafficking Offense]
11

12       The Grand Jury further charges:  T H A T

13                       JUAN ALAMILLA GUZMAN,
14  defendant herein, on or about October 15, 2012, beginning at
15  approximately 11:51 a.m., in the State and Eastern District of
16  California and elsewhere, did knowingly and intentionally use a
17  communication facility, to wit a cellular telephone, to facilitate
18  the commission of the offenses of Conspiracy to Distribute
19  Methamphetamine and Heroin in violation of Title 21, United States
20  Code, Sections 841(a)(1) and 846, as alleged in Count One of this
21  Indictment; and Possession with Intent to Distribute Methamphetamine,
22  in violation of Title 21, United States Code, Section 841(a)(1), as
23  alleged in Count Four of this Indictment, all in violation of Title
24  21, United States Code, Section 843(b).
25  ///
26  ///
27  ///
28  ///

6

COUNT ELEVEN:    [21 U.S.C. § 843(b) - Use of a Communication Facility
                 to Facilitate a Drug-Trafficking Offense]

        The Grand Jury further charges:   T H A T

                        OMAR ADRIAN GONZALEZ NUNO,
                            aka Centella,

defendant herein, on or about October 17, 2018, beginning at

approximately 6:34 p.m., in the State and Eastern District of

California and elsewhere, did knowingly and intentionally use a

communication facility, to wit a cellular telephone, to facilitate

the commission of the offenses of Conspiracy to Distribute

Methamphetamine and Heroin in violation of Title 21, United States

Code, Sections 841(a)(1) and 846, as alleged in Count One of this

Indictment; and Possession with Intent to Distribute Heroin, in

violation of Title 21, United States Code, Section 841(a)(1), as

alleged in Count Two of this Indictment, all in violation of Title

21, United States Code, Section 843(b).


COUNT TWELVE:    [21 U.S.C. § 843(b) - Use of a Communication Facility
                 to Facilitate a Drug-Trafficking Offense]

        The Grand Jury further charges:   T H A T

                        VERENYS PARRA ARELLANEZ

defendant herein, on or about May 29, 2013, beginning at

approximately 12:01 p.m., in the State and Eastern District of

California and elsewhere, did knowingly and intentionally use a

communication facility, to wit a cellular telephone, to facilitate

the commission of the offense of Conspiracy to Distribute

Methamphetamine and Heroin in violation of Title 21, United States

Code, Sections 841(a)(1) and 846, as alleged in Count One of this

Indictment, all in violation of Title 21, United States Code, Section

7

1 | 843(b).

2

3 | COUNT THIRTEEN:      [21 U.S.C. § 843(b) - Use of a Communication
                         Facility to Facilitate a Drug-Trafficking
4 |                      Offense]

5 |       The Grand Jury further charges:   T H A T

6 |                           JOVANY ROMO ARELLANES,
                                 aka Mantequilla,
7

8 | defendant herein, on or about May 28, 2013, beginning at

9 | approximately at 7:59 p.m., in the State and Eastern District of

10 | California and elsewhere, did knowingly and intentionally use a

11 | communication facility, to wit a cellular telephone, to facilitate

12 | the commission of the offenses of Conspiracy to Distribute

13 | Methamphetamine and Heroin in violation of Title 21, United States

14 | Code, Sections 841(a)(1) and 846, as alleged in Count One of this

15 | Indictment; and Possession with Intent to Distribute Methamphetamine,

16 | in violation of Title 21, United States Code, Section 841(a)(1), as

17 | alleged in Count Five of this Indictment, all in violation of Title

18 | 21, United States Code, Section 843(b).

19

20 | FORFEITURE ALLEGATION:   [21 U.S.C. § 853(a) - Criminal Forfeiture]

21 |       1.   Upon conviction of the offense alleged in Counts One

22 | through Thirteen of this Indictment, defendants JOSE ENRIQUE VELARDES

23 | ZAZUETA, aka Julio Cesar Machado Lopez, JESUS RAMON MACHADO LOPEZ,

24 | FRANCISCO PARRA ARELLANEZ, aka Kiko, aka Chino, MARIA D. ARELLANEZ

25 | RIOS, aka Dona Chuy, JUAN ALAMILLA GUZMAN, OMAR ADRIAN GONZALEZ NUNO,

26 | aka Centella, VERENYS PARRA ARELLANEZ, JOVANY ROMO ARELLANES, aka

27 | Mantequilla, and YU NUNG CHEN shall forfeit to the United States,

28 | pursuant to Title 21, United States Code, Section 853(a), the

8

1  following property:

2       a.   All right, title and interest in any and all property

3  involved in each offense in violation of Title 21, United States

4  Code, Sections 841(a)(1) and 843(b), or conspiracy to commit such

5  offense, for which defendants are convicted, and all property

6  traceable to such property, including the following: all real or

7  personal property, which constitutes or is derived, directly or

8  indirectly, from proceeds obtained as a result of the commission of

9  the offenses; and all property used in any manner or part to commit

10  or to facilitate the commission of these violations.

11       b.   A sum of money equal to the total amount of money

12  involved in each offense, or conspiracy to commit such offense, for

13  which defendants are convicted.

14       2.   If any property subject to forfeiture, as a result of the

15  offenses alleged in Counts One through Thirteen of this Indictment,

16  for which defendants are convicted:

17       (a)  cannot be located upon the exercise of due diligence;

18       (b)  has been transferred or sold to, or deposited with, a third

19            party;

20       (c)  has been placed beyond the jurisdiction of the Court;

21       (d)  has been substantially diminished in value; or

22       (e)  has been commingled with other property which cannot be

23            divided without difficulty;

24  ///

25  ///

26  ///

27  ///

28  ///

9

1  it is the intent of the United States, pursuant to Title 21, United
2  States Code, Section 853(p), to seek forfeiture of any other property
3  of said defendants, up to the value of the property subject to
4  forfeiture.

5                                    A TRUE BILL.

6                           /s/ Signature on file w/AUSA

7                                    FOREPERSON
8
9  BENJAMIN B. WAGNER
   United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JOSE ENRIQUE VELARDES ZAZUETA, aka Julio Cesar Machado Lopez,
JESUS RAMON MACHADO LOPEZ, FRANCISCO PARRA ARELLANEZ, aka Kiko, aka Chino,
MARIA D. ARELLANEZ RIOS, aka Dona Chuy, JUAN ALAMILLA GUZMAN, OMAR ADRIAN
GONZALEZ NUNO, aka Centella, VERENYS PARRA ARELLANEZ,
JOVANY ROMO ARELLANES, aka Mantequilla, YU NUNG CHEN

## I N D I C T M E N T

**VIOLATION(S):**
21 U.S.C. §§ 846 & 841(a)(1)– Conspiracy to Distribute
Methamphetamine and Heroin; 21 U.S.C. § 841(a)(1) – Possession
with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C.
§ 841(a)(1) –Distribution of Methamphetamine (2 Counts); 21
U.S.C. § 841(a)(1) –Distribution of Heroin;
21 U.S.C. § 843(b) – Use of a Communication Facility to
Facilitate a Drug Trafficking Offense (8 Counts);
21 U.S.C. § 853(a) - Criminal Forfeiture

*A true bill,*

___ /s/ _ SIGNATURE ON FILE W/ AUSA ___

*Foreman.*

*Filed in open court this* _ _ _ _ _ _ **2 7** _ _ _ _ _ *day*

*of* _ _ _ _ June _ _ _ _ , *A.D. 20* 13 _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
**NO BAIL WARRANT** – *as to defendant Chen.*

*There are outstanding arrest warrants for all other defendants.*

GPO 863 525

| | |
|---|---|
| **DEFENDANTS**: | Jose Enrique Velardes Zazueta, aka Julio Cesar Machado Lopez<br>Jesus Ramon Machado Lopez<br>Francisco Parra Arellanez, aka Kiko, aka Chino<br>Maria D. Arellanez Rios, aka Dona Chuy<br>Juan Alamilla Guzman<br>Omar Adrian Gonzalez Nuno, aka Centella<br>Verenys Parra Arellanez<br>Jovany Romo Arellanes, aka Mantequilla<br>Yu Nung Chen |

**COUNT ONE:** Jose Enrique Velardes Zazueta, aka Julio Cesar Machado Lopez, Jesus Ramon Machado Lopez, Francisco Parra Arellanez, aka Kiko, aka Chino, Maria D. Arellanez Rios, aka Dona Chuy, Juan Alamilla Guzman, Omar Adrian Gonzalez Nuno, aka Centella, Verenys Parra Arellanez, Jovany Romo Arellanes, aka Mantequilla, Yu Nung Chen

**VIOLATION**: 21 U.S.C. §§ 846 & 841(a)(1) - Conspiracy to Distribute Methamphetamine and Heroin

**PENALTY**: Not less than 10 years to Life imprisonment;
$ 10,000,000 fine, or both;
Not less than 5 years and maximum life term for TSR

**COUNT TWO:** Juan Alamilla Guzman, Omar Adrian Gonzalez Nuno, aka Centella

**VIOLATION**: 21 U.S.C. § 841(a)(1) - Possession With Intent to Distribution of Heroin and Methamphetamine

**PENALTY**: Not less than 10 years to Life imprisonment;
$ 10,000,000 fine, or both;
Not less than 5 years and maximum life term for TSR

**COUNT THREE:** Maria D. Arellanez Rios, aka Dona Chuy

**VIOLATION**: 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine

**PENALTY**: Not less than 10 years to Life imprisonment;
$ 10,000,000 fine, or both;
Not less than 5 years and maximum life term for TSR

**COUNT FOUR:** Juan Alamilla Guzman

**VIOLATION**: 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine

**PENALTY**: Not more than 20 years imprisonment;
$1,000,000 fine, or both;
Not less than 3 years TSR

**COUNT FIVE:** Jovany Romo Arellanes, aka Mantequilla

**VIOLATION**: 21 U.S.C. § 841(a)(1) - Distribution of Heroin

**PENALTY**: Not more than 20 years imprisonment;
$1,000,000 fine, or both;
Not less than 3 years TSR

**COUNT 6-13:** Jose Enrique Velardes Zazueta, aka Julio Cesar Machado Lopez, Maria D. Arellanez Rios, aka Dona Chuy, Juan Alamilla Guzman Omar Adrian Gonzalez Nuno, aka Centella Verenys Parra Arellanez Jovany Romo Arellanes, aka Mantequilla

**VIOLATION**: 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug-Trafficking Offense

**PENALTY**: Not more than 4 years imprisonment;
$250,000 fine, or both;
Not less than 3 years TSR

**FORFEITURE ALLEGATION**: 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) - Criminal Forfeiture

**PENALTY**: As Alleged in the Indictment

**PENALTY ASSESSMENT**: $100.00 Special Assessment Each Count