UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YU NUNG CHEN,<br><br>　　　　Defendant. | No. 2:13-cr-227 GEB<br><br>**ORDER** |

　　　　Defendant submitted a sentencing memorandum containing several exhibits in languages other than English with no accompanying English translation. Specifically, these untranslated documents are Exhibits F, pages two, three, four, five, and six, and G. (ECF No. 77-1.) "[T]he court does not accept filing in any language other than English." Yerron v. Hirsch, No. 1:04-cv-6231-LJO-SMS-PC, 2007 WL 4215242, at *3 (E.D. Cal. Nov. 28, 2007). Therefore, the referenced documents are stricken.

　　　　Should Defendant desire any stricken document to be considered, Defendant shall file an appropriate translation forthwith.

Dated: June 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge